UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:08cr62-F (1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | I N D I C T M E N T |
| ) | |
| GARLAND ELLISON ) | |

The Grand Jury charges:

On or about July 25, 2008, in the Eastern District of North Carolina, the defendant, GARLAND ELLISON, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a written communication, addressed to Secretary of State Condoleezza Rice, an official covered by Title 18 United States Code, Section 1114, at The State Department, 7th Floor, 2201 C St. NW, Washington, D.C. 20520, and containing a threat to injure the person of the addressee.

All in violation of Title 18, United States Code, Section 876(c).



GEORGE E. B. HOLDING
United States Attorney

BY: ERIC EVENSON
Assistant United States Attorney

1