AO156 (Rev. 5/85) Verdict

# UNITED STATES DISTRICT COURT

FILED IN OPEN COURT
ON 5-14-09
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

EASTERN  DISTRICT OF  NORTH CAROLINA

UNITED STATES OF AMERICA

v.

**VERDICT**

GARLAND ELLISON       Case Number:   4:08-CR-62-1F

WE, THE JURY, FIND THE DEFENDANT, GARLAND ELLISON:

_Guilty_ as to Count 1 of the Indictment.

FOREPERSON'S SIGNATURE         5-14-09   DATE