# EXHIBIT LIST

UNITED STATES OF AMERICA

Case NO. 4:08-CR-62-F(1)
EASTERN DIVISION

v.

GARLAND ELLISON

| NO. | DESCRIPTION | WITNESS | OFFERED | OBJECTION | OVERRULED | SUSTAINED | ADMITTED | PUBLISHED |
|---|---|---|---|---|---|---|---|---|
| | **GOVERNMENT'S EXHIBITS** | | | | | | | |
| 1 | Plastic Evidence Bag Containing 06/26/08 Letter | Marie Robinson | X | | | | X | |
| 2 | 06/26/08 Letter | Marie Robinson | X | | | | X | |
| 2a | Demonstrative Chart of 06/26/08 Letter | Tony Bell | X | | | | X | |
| 3 | Plastic Evidence Bag Containing 07/15/08 Letter | Marie Robinson | X | | | | X | |
| 4 | 07/15/08 Letter | Marie Robinson | X | | | | X | |
| 4a | Demonstrative Chart of 07/15/08 Letter | Tony Bell | X | | | | X | |
| 5 | Plastic Evidence Bag Containing 07/19/08 Letter | Marie Robinson | X | | | | X | |
| 6 | 07/19/08 Letter | Marie Robinson | X | | | | X | |
| 6a | Demonstrative Chart of 07/19/08 Letter | Tony Bell | X | | | | X | |
| 7 | Plastic Evidence Bag Containing 07/25/08 Letter | Marie Robinson | X | | | | X | |
| 8 | 07/25/08 Letter | Marie Robinson | X | | | | X | |
| 8a | Demonstrative Chart of 07/25/08 Letter | Tony Bell | X | | | | X | |

| NO. | DESCRIPTION | WITNESS | OFFERED | OBJECTION | OVERRULED | SUSTAINED | ADMITTED | PUBLISHED |
|---|---|---|---|---|---|---|---|---|
| 9 | Photo of Former Secretary of State - Condoleeza Rice | Anna Zieger | X | | | | X | |
| 10 | Photo of 1250 Old Brick Road | Jeff Hayes | X | | | | X | |
| 11 | Transcript of State Probation Hearing | Gaye Paul | X | | | | X | |
| 12 | Stipulation between parties | | X | | | | X | |
| | | | | | | | | |