UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:08-CR-62-F

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **NOTICE OF APPEAL** |
| GARLAND ELLISON | |

NOW COMES DEFENDANT Garland Ellison, through undersigned counsel, and pursuant to Rule 4 of the Federal Rules of Appellate Procedure, hereby gives notice of appeal to the United States Court of Appeals for the Fourth Circuit from the judgment of conviction and sentence entered by this Court on September 14, 2009.

This the 14th day of September, 2009.

/s/ David W. Long
David W. Long
State Bar No. 2779
POYNER SPRUILL LLP
Post Office Box 1801
Raleigh, NC 27602
(919) 783-2808
Fax: (919) 783-1075
Counsel for Defendant
dwlong@poyners.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing NOTICE through the electronic service function of the Court's electronic filing system, as follows:

    Eric Evenson
    Assistant United States Attorney
    310 New Bern Avenue
    Raleigh, NC 27601

This the 14th day of September, 2009.

                                                        /s/ David W. Long