UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Garland Ellison                            Docket No. 4:08-CR-62-1F

### Petition for Action on Supervised Release

COMES NOW Dwayne K. Benfield, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Garland Ellison, who, upon an earlier plea of guilty to Mailing Threatening Communication, in violation of 18 U.S.C. § 876(c), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on September 14, 2009, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ellison is currently an inmate at FCI Gilmer with a release date of March 3, 2016. He has been unable to develop a residence plan and he will be homeless immediately upon his release from confinement.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2336
Executed On: February 4, 2016

### ORDER OF THE COURT

Considered and ordered this \_\_\_8\_\_\_ day of \_\_\_February\_\_\_, 2016 and ordered filed and made a part of the records in the above case.

_____
James C. Fox
Senior U.S. District Judge